#7
8110
Fee Paid

NATHANAEL M. NYAMEKYE )
PETITIONER )
V. )
)
MERRICK GARLAND, Attorney )
GENERAL OF UNITED STATES;
ALEJANDRO MAYORKAS, DHS
SECRETARY OF HOMELAND
SECURITY

RESPONDENTS

3:23-cv-138

**FILED**

JUN 23 2023

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Immigration File N
A203011374

PETITION FOR REVIEW OF DECISION ISSUED BY THE BOARD OF IMMIGRATION APPEALS.

---

The Petitioner, Hereby files this motion PRO-SE, petitions for review by this court of the final order of removal/deportation entered by the Board of Immigration Appeals on May 24th, 2023 A copy of the decision is attached.

To date, no court has upheld the validity of the order.

Jurisdiction is asserted persuant to 8U.S.C. 1252(a)(1)(removal cases)/ 309(c) of the Illegal Immigration Reform and Immigration Responsibility Act of 1996(IIRIRA) as amended by 106 of the RealID act of 2005(deportation and Exclusion cases)

Venue is asserted persuant to 8 U.S.C. 1252(b)(2)(removal cases)/IIRIRA 309(c)(4)(D)(deportation/exclusion cases) Becausde the Immigration judge completed proceedings in Phillipsburgh, Pennsylvania, within the jurisdiction of this Judicial Circuit.

This Petition is timely filed pursuant to 8U.S.C.1252(b)(1)(removal) /IIRIRA 309(c)(4)(C)(deportation/exclusion) as it filed within 30 days of the final order of removal/exclusion/deportation.

DATED: june, 21st, 2023

Respectfully Submitmitted,